UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH, | 1:19-cv-00286-GSA-PC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION, WITHOUT PREJUDICE (ECF No. 8.)** |
| vs. | |
| BRIAN L. PARRIOT, et al., | **ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO EITHER (1) SUBMIT HIS APPLICATION TO PROCEED IN FORMA PAUPERIS, OR (2) PAY THE $400.00 FILING FEE FOR THIS CASE** |
| Defendants. | |
| | **ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed his Complaint commencing this action on February 14, 2019, in the Sacramento Division of the United States District Court for the Eastern District of California. (ECF No. 1.) On March 4, 2019, the case was transferred to this court. (ECF No. 3.)

On March 7, 2019, the court issued an order for Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee in full within thirty days. (ECF No. 5.) On April 8, 2019, Plaintiff notified the court that despite his efforts he has been unable to obtain a certified copy of his prison trust account statement from prison officials to attach to his

application to proceed *in forma pauperis*. (ECF No. 8.) Plaintiff requests the court to compel prison officials to provide the court with the certified copy.

Plaintiff's motion shall be denied without prejudice to renewal of the motion at a later stage of the proceedings, if needed. Plaintiff shall be granted a thirty-day extension of time in which to submit his application to proceed *in forma pauperis,* with or without the certified copy of his prison trust account statement. Plaintiff should not delay filing the application to proceed *in forma pauperis* if he cannot obtain the certified copy.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel prison officials to provide the court with a certified copy of his prison trust account statement, filed on April 8, 2019, is DENIED, without prejudice;
2. The Clerk of Court shall send Plaintiff an application to proceed *in forma pauperis*;
3. Plaintiff is granted an extension of time until thirty days from the date of service of this order to submit the application to proceed *in forma pauperis*, completed and signed, with or without the certified copy of his trust account statement;
4. In the alternative, Plaintiff may submit the $400.00 filing fee in full for this action; and
5. Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **April 22, 2019**        **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE