# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>      Plaintiff,<br><br>  vs.<br><br>BRIAN L. PARRIOT, et al.,<br><br>      Defendants. | 1:19-cv-00286-GSA-PC<br><br>**ORDER RE PLAINTIFF'S MOTION FOR CHANGE OF VENUE**<br>**(ECF No. 1 at 8-13.)** |

On February 14, 2019, Plaintiff filed the Complaint for this action. (ECF No. 1.) Plaintiff also submitted a motion for change of venue dated February 14, 2019. (ECF No. 1 at 8-13.) A review of the motion shows that it does not belong in this case. This same motion was also filed in Plaintiff's case 1:19-1358-NONE-BAM on February 14, 2019, and resolved in that case, see ECF No. 19. Therefore, the motion for venue shall not be considered in this case.

IT IS SO ORDERED.

    Dated:   **August 13, 2020**                  **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE