UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>PARRIOT, et al.,<br><br>Defendants. | 1:19-cv-00286-NONE-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME**<br>**(ECF No. 31.)**<br><br>**THIRTY DAY DEADLINE TO FILE RESPONSIVE PLEADING** |

Plaintiff, Lawrence Christopher Smith, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint, filed on September 10, 2020, against defendants Sergeant Andres Cantu, Sergeant Wilfredo Gutierrez, and Correctional Officer J. Mattingly ("Defendants") for use of excessive force in violation of the Eighth Amendment. (ECF No. 22.)

On April 21, 2021, Defendants filed an *ex parte* application for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint. (ECF No. 31.)

The Court finds good cause to grant Defendants an extension of time. Accordingly, IT IS HEREBY ORDERED that defendants Cantu, Gutierrez, and Mattingly are granted thirty days from the date of service of this order in which to file a responsive pleading to the First Amended Complaint.

IT IS SO ORDERED.

Dated: **May 13, 2021**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE